UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Donald Whitten

    v.                                         Civil No. 09-cv-450-SM

Northern NH Correctional Facility, et al

**O R D E R**

    Plaintiff's request to proceed *in forma pauperis* is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $6.80 is due no later than January 30, 2010.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Northern NH Correctional Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for *in forma pauperis* has been granted.

    SO ORDERED.

                                                    /s/ James R. Muirhead
                                                    James R. Muirhead
                                                    United States Magistrate Judge

Date: December 30, 2009

cc:    Donald Whitten, *pro se*
       Bonnie S. Reed, Financial Administrator
       Northern NH Correctional Facility, Inmate Accounts