**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Donald Whitten


      v.                                  Civil No. 09-cv-450-SM


Larry Blaisdell, Warden,
Northern New Hampshire
Correctional Facility et al.[1]


**ORDER**

     The New Hampshire Attorney General's Office has notified this Court that it is not authorized to accept service on behalf of defendants Dr. William Eppolito and Dr. Celia Englander.  <u>See</u> Notice (doc. no. 8).  Attorney Edward M. Kaplan has appeared on their behalf.  Accordingly, the portion of the Order directing service on Drs. Eppolito and Englander is vacated and the following directions as to service are substituted for the vacated portion of the Order (doc. no. 5):

     The Clerk's office shall issue the summonses against Dr.

---

[1] In addition to Larry Blaisdell, Northern New Hampshire Correctional Facility Warden, Whitten has named the following defendants to this action in their individual and official capacities:  William Wrenn, New Hampshire Department of Corrections ("DOC") Commissioner; Robert MacLeod, DOC Medical Director; Dr. Celia Englander, DOC physician; Dr. Eppolito, DOC physician; and Judy Baker, DOC Nurse Practitioner.

Celia Englander and Dr. William Eppolito and forward to the United States Marshal for the District of New Hampshire (the "U.S. Marshal's office") the summonses and copies of the Complaint (doc. no. 1), the Report and Recommendation (doc. no. 4), the original Order (doc. no. 5), and this Order.  Upon receipt of the necessary documentation, the U.S. Marshal's office shall effect service upon Drs. Englander and Eppolito.  See Fed. R. Civ. P. 4(c)(2).

Defendants are instructed to answer or otherwise plead within twenty days of service.  See Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendants by delivering or mailing the materials to them or their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

/s/ Justo Arenas
Justo Arenas
United States Magistrate Judge

Date: January 28, 2010

cc:  Donald Whitten, pro se
     Edward M. Kaplan, Esq.
     Nancy J. Smith, Esq.