UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Donald Whitten</u>

     v.        Case No. 09-cv-450-SM

<u>Northern NH Correctional Facility, Warden</u>

O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 15, 2010, no objection having been filed, for the reasons set forth therein.  Plaintiff's Motion for Preliminary Injunction, which was included in his complaint, is hereby denied.

  SO ORDERED.

April  8,  2010          _____
                Steven J. McAuliffe
                Chief Judge

cc: Donald Whitten, pro se
   Nancy J. Smith, Esq.
   Matthew G. Mavrogeorge, Esq.
   Edward M. Kaplan, Esq.