UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Donald Whitten</u>

    v.                        Civil No. 09-cv-450-SM

<u>Northern NH Correctional
Facility, Warden, et al</u>

    Re: Document No. 27, Motion for Summary Judgment

    Ruling: Granted.  Defendants move for summary judgment on grounds that the prisoner-plaintiff did not invoke or exhaust available administrative remedies before filing suit, as required by the Prisoner Litigation Reform Act.  <u>See</u> 42 U.S.C. ss 1997e. Plaintiff has not responded to the motion for summary judgment and, taking the assertions of fact by defendants as uncontested, it is apparent that plaintiff's suit is subject to dismissal for failure to exhaust available administrative remedies.  <u>See</u> <u>Woodford v. Ngo</u>, 548 U.S. 81 (2006). The complaint is dismissed.


Date:  August 13, 2010

                                                    _____
                                                    Chief Judge Steven McAuliffe
                                                    Unites States District Court


cc:  Donald Whitten
     Nancy J. Smith, Esq.